**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000303**
**29-NOV-2024**
**08:21 AM**
**Dkt. 65 OAWST**

NO. CAAP-23-0000303


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


THEA EKINS-COWARD, Claimant-Appellant-Appellee,
vs.
UNIVERSITY OF HAWAII, Employer-Appellee-Appellant,
and
FIRMS CLAIMS SERVICES, Insurance Carrier-Appellee-Appellant


APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2018-282; DCD NO. 2-16-48215)


ORDER
(By: Hiraoka, Presiding Judge, Nakasone and McCullen, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal with Prejudice," filed on November 18, 2024, by Employer-Appellant University of Hawaii, the papers in support, and the record, it appears that (1) the appeal has docketed; (2) the parties stipulated to dismiss the appeal with prejudice, under Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42(b), and

have addressed attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, November 29, 2024.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge

2